1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10
11    THADDEUS J. CULPEPPER,          Case No. CV 18-8826-JFW (GJS)
12              Petitioner
13         v.                          **JUDGMENT**
14    HERIBERTO H. TELLEZ,
15              Respondent.
16
17
18      Pursuant to the Court's Order Summarily Dismissing Case Without Prejudice,
19
20      IT IS ADJUDGED THAT the above-captioned action is dismissed without
21   prejudice.
22
23   DATE: March 27, 2020
24                                     JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE
25
26
27
28